No. 297. WEITEKAMP, Respondent, v. BRUNER and another, Appellants.

(Also reported in 221 N. W. 2d 922.)

The cause was submitted for the appellants on the joint briefs of *Arnold J. Wightman*, attorney for Ivan Bruner, *Harry Sauthoff, Jr.*, attorney for James L. Turner, and *Hart, Wightman & Thurow* and *Jasper, Winner, McCallum & Sauthoff* of counsel, all of Madison; and for the respondent on the brief of *William F. Nelson*, attorney, and *Stafford, Rosenbaum, Rieser & Hansen* of counsel, all of Madison.

The order is affirmed.